COURT

TO THE CLERK

I WOULD LIKE TO FILE A CIVIL RIGHTS VIOLATION AGAINST PARK COUNTY SHERIFF'S OFFICE. I AM MUSLIM IN FAITH AND BELIEF AND AM DENIED A HALAL DIET CAN YOU SEND ME THE PROPER PAPERWORK AND ALSO THIS LETTER WILL SERVE AS NOTICE OF INTENT.

Respectfully,

AWEYS MUHUNDIN, PRO SE

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 3 0 2015
JEFFREY P. COLWELL
CLERK

CERTIFICATE OF MAILING

I AWEYS MUHUNDIN DID SEND A TRUE AND CORRECT COPY OF THE AFOREMENTIONED LETTER OF INTENT TO THE FOLLOWING PARTIES VIA US POSTAL SERVICE ON THIS 27TH DAY OF OCTOBER 2015

AWEYS MUHUNDIN, PRO SE

US COURTHOUSE C/O THE CLERCK
OF THE COURT
901 19TH ST, Rm A105
DENVER, CO 80294-3589

FRED WEGNER/SHERIFF
PARK COUNTY COLORADO
P.O BOX 965
FAIRPLAY, CO 80440

CLERK

Could you send me a photocopy of this letter. I ran out of paper.

THANK YOU

Aweys Muhundin