

Awersmyhwnow #00034656
Po Box 965
Fairplay Co 80440

Alfred A Arras US Courthouse
901 19TH ST Room A 105
Denver Co 80294-3589

DENVER CO 802
25 OCT 2015 PM 4 L

LEGAL MAIL

8029425·0099



SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013