IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02441-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

AWEYS MUHUNDIN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Aweys Muhundin, initiated this action on October 5, 2015, by submitting a Letter (ECF No. 1) to the Court in which he complains about the conditions of his confinement at the Park County jail in Fairplay, Colorado.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ____   is not on correct form
(3)   ____   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ____   is missing certificate showing current balance in prison account
(5)   ____   is missing required financial information
(6)   ____   is missing authorization to calculate and disburse filing fee payments
(7)   ____   is missing an original signature by the prisoner

(8) ____   is not on proper form
(9) ____   names in caption do not match names in caption of complaint, petition or habeas application
(10) _xx_   other: Plaintiff may pay the $400 filing fee in lieu of filing a motion for leave to proceed *in forma pauperis.*

**Complaint, Petition or Application**:
(11) _xx_   is not submitted
(12) ____   is not on proper form
(13) ____   is missing an original signature by the prisoner
(14) ____   is missing page nos. ____
(15) ____   uses et al. instead of listing all parties in caption
(16) ____   names in caption do not match names in text
(17) ____   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____   other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty (30) days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies by the court-ordered deadline, the action will be dismissed without further notice.

DATED November 9, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge