IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 9 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:15-cv-02441-GPG
(To be supplied by the court)

AWEYS MOHAMED MUHUDIN, Plaintiff,

v.

FRED WEGENER, SHERIFF

MONTE GORE, UNDERSHERIFF

CAPT. DAN MULDOON, JAIL Admin, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefor.

(2) I am entitled to redress.

(3) The nature of this action is:
    SEE ADDENDUM (#1)

(Rev. 10/01/12)

ADDENDUM 1

When, I first arrival at Park county Jail Sept. 17, 2015. I kitted the Kitchen by useing the Kit system tell them I need a halal diet. They send me Authorization form and I filled it out. Five day later I find out that my halal diet was denied for the following reasons. Kosher is not approved for muslims and they said they don't have any pork prodicts in Park county Jail. One munthe later after couple of kittes They give me a vegetorian diet. I tell them I'm not a vegetorian. Then They said choose one of the three diets vegan, vegetarian and kosher but I'm none of the above diets. I'm sunni muslims and as sunni muslims we can't eat any meat that we don't how the animal was killed. Eatting meat that we don't know how it was killed is against our religouan. We are forbidded to eat none halal meat.

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NO ASSETS, I HAVE APPRX $2.10 IN MY INMATE ACCOUNT

5. Are you in imminent danger of serious physical injury?

___ Yes ✓ No (CHECK ONE). If you answered yes, briefly explain your answer:

_____

_____

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 11/13/15
(Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)                              2

## AUTHORIZATION

I, AWEYS MOHAMED MUHUDIN request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): AWEYS M MUHUDIN

Prisoner Signature: _____

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: AWEYS M MUHUDIN

Signature of Authorized Prison Official: D. Burdin 3590

Date: 11/14/15

Date : 11/13/2015
Time : 23:57

## Account Activity Ledger

From: 09/17/2015 To: 11/13/2015

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 0024656 | Name MUHUDIN, AWEYS | | | Block | | | Previous Balance | | 0.00 |
| Initial Entry | 09/17/2015 | 14:13 | B#41945 | 132036 | D | | 0.00 | | 0.00 |
| | 09/29/2015 | 00:21 | B#42398 | 133270 | D | | 15.45 | | 15.45 |
| Mail paks | 09/29/2015 | 00:21 | B#42398 | 133271 | W | | | -1.85 | 13.60 |
| Mail paks | 09/29/2015 | 00:21 | B#42398 | 133273 | W | | | -1.85 | 11.75 |
| Sales Transaction | 09/29/2015 | 09:02 | I#27327 | | I | 11.00 | | | 0.75 |
| Mail paks | 10/05/2015 | 00:17 | B#42562 | 133875 | W | | | -0.75 | 0.00 |
| weekend 10/14/15 | 10/14/2015 | 08:01 | B#42941 | 134952 | D | | 7.00 | | 7.00 |
| Mail paks | 10/14/2015 | 08:01 | B#42941 | 134953 | W | | | -1.10 | 5.90 |
| Mail paks | 10/14/2015 | 08:01 | B#42941 | 134955 | W | | | -1.85 | 4.05 |
| Sales Transaction | 10/19/2015 | 09:22 | I#27818 | | I | 3.67 | | | 0.38 |
| e pod porter | 10/21/2015 | 10:12 | B#43133 | 135526 | D | | 7.00 | | 7.38 |
| Sales Transaction | 10/21/2015 | 19:19 | I#27905 | | C | -1.40 | | | 8.78 |
| Sales Transaction | 10/26/2015 | 07:26 | I#27975 | | I | 8.44 | | | 0.34 |
| weekend 10/28/15 | 10/28/2015 | 07:38 | B#43300 | 136028 | D | | 7.00 | | 7.34 |
| Sales Transaction | 10/30/2015 | 21:50 | I#28111 | | I | 4.00 | | | 3.34 |
| Sales Transaction | 11/02/2015 | 08:19 | I#28144 | | I | 3.24 | | | 0.10 |
| weekend 11/4/15 | 11/04/2015 | 07:53 | B#43468 | 136616 | D | | 7.00 | | 7.10 |
| Sales Transaction | 11/04/2015 | 21:22 | I#28234 | | I | 7.00 | | | 0.10 |
| nurse visit | 11/09/2015 | 10:47 | B#43606 | 137023 | W | | | -0.10 | 0.00 |
| weekend 11/11/15 | 11/11/2015 | 07:35 | B#43646 | 137140 | D | | 7.00 | | 7.00 |
| nurse visit | 11/11/2015 | 07:35 | B#43646 | 137141 | W | | | -4.90 | 2.10 |

Deposits    7   For $    50.45
Withdraws   7   For $   -12.40
Invoices    7   For $    35.95
Savings Balance     $     0.00
Bond Balance        $     0.00

*D. Burden*

*3590*

Page : 1