IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-CV-02441-G-PG
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 09 2015

JEFFREY P. COLWELL
CLERK

AWEYS M. MUHUDIN, Plaintiff,

v.

FRED WEGENER, SHERIFF,

MONTE GORE, UNDERSHERIFF,

CAPT. DAN MULDOON, JAIL ADMIN,

_____,

_____,

All OTHER TO BE FOUND CulpaBle,

_____,

Et AL, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. <u>AWFNS M MUHUDIN #0024656</u>
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   <u>P.O. BOX 965 FAIRPLAY, CO 80440</u>

2. <u>FRED WEGENER, SHERIFF, P.O. BOX 965 FAIRPLAY, CO 80440</u>
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   <u>BECAUSE HE'S SHERIFF</u>

3. <u>MONTE GORE, UNDERSHERIFF, P.O. BOX 965 FAIR PLAY, CO 80440</u>
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   <u>BECAUSE HE'S UNDERSHERIFF</u>

4. <u>CAPT. DAN MULDOON, JAIL ADMINISTRATOR</u>
   (Name, title, and address of third defendant)
   <u>P.O. BOX 965 FAIRPLAY, CO 80440</u>

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   <u>BECAUSE HE'S CAPTAIN</u>

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    **X**    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    \_\_\_    28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

As Sunni muslims, we can't eat any meat. Eating meat that we don't know how the animal was killed, its against our religaion. Sunni muslims are forbidded to eat none halal meat.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>EQUAL PROTECTION UNDER THE LAW</u>

    Supporting Facts:

    Park County Jail has all this diets, But not halal diet. This is a D.O.C. hold facility.

(Rev. 1/30/07)                                      4

2. Claim Two: <u>DELIBERATE INDIFFERENCE</u>

Supporting Facts:

On Monday, October 26, 2015. Capt. Don Muldoon said, "You continue to argue with Park County Jail Staff at every meal service regarding your dissatisfaction with your religious diet."

(Rev. 1/30/07)                     5

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes  _X_ No  (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes  ___ No  (CHECK ONE).

2. Did you exhaust available administrative remedies?  _X_ Yes  ___ No  (CHECK ONE).

(Rev. 1/30/07)                                7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

FOR PAIN AND SUFFERING, EQUAL PROTECTION UNDER THE LAW, DELIBERATE.
I SEEK AN ORDER SUPPLYING HALAL MEALS FOR MUSLIMS AND COMPENSATORY DAMAGES OF $1000.00 ONE THOUSAND DOLLARS PER DAY OF LOSS OF MEALS.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 11/13/15
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)   8

Aweys Muhudin
#00974656
P.O. Box 965
Fairplay, CO 80440

Alfred A. ARRAJ US Courthouse
901 19th St, Room A105
Denver CO 80294-3589

