15-cv-2441-GPG

I am writing this because of a chang of address. This is the new address

2945 E Las Vegas St
Colorad Springs, CO 80906. I have been here since Dec 8, 2015

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2015

JEFFREY P. COLWELL
CLERK

Aweys Muhudin #155318
2945 E Las Vegas St
Colorado Springs, CO 80906

ALFRED A. ARRAJ Courthouse
901 - 19th St. Room A105
Denver, CO 80294-3589

80294-250151