IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02441-GPG

AWEYS M. MUHUDIN,

    Plaintiff,

v.

FRED WEGENER, Sheriff,
MONTE GORE, Undersheriff, and
DAN MULDOON, Capt., Jail Administrator,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff filed a notice of change of address with the Court on December 22, 2015. (ECf No. 8).   Accordingly, the Clerk of the Court is directed to mail to Plaintiff, at his new address, a copy of the December 14, 2015 Order Directing Plaintiff to File an Amended Complaint (ECF No. 7), along with a copy of the court-approved Prisoner Complaint form.

    Plaintiff shall file an Amended Complaint, on the court-approved Prisoner Complaint form, in compliance with the December 14 Order, **within 30 days of the date of this minute order.** Failure to comply may result in dismissal of some or all of this action without further notice.

Dated:   December 24, 2015