OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 30 2015

JEFFREY P. COLWELL
CLERK

Refused

15-cv-2441 CPC

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
12/14/2015
US POSTAGE $00.92⁵
FIRST-CLASS MAIL
ZIP 80294
041L11245087

Aweys M. Muhudin
#0024656
Park County Detention Facility
P.O. ___
Fairp

RECEIVED

DEC 16 '15

NIXIE

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD